PROB 12C
(6/16)

Report Date: June 6, 2024

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eduardo Angel Ibarra | Case Number: 0980 1:22CR02075-SAB-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉ Yakima, Washington 98901 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: June 20, 2023 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - 366 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: June 22, 2023 |
| Defense Attorney: Patrick Alan True | Date Supervision Expires: June 21, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On June 22, 2023, this officer met with Mr. Ibarra and reviewed the conditions of supervised release outlined in the offender's judgment and sentence. Mr. Ibarra signed and acknowledged an understanding of the conditions imposed.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Ibarra is considered to be in violation of his supervised release conditions by unlawfully possessing a firearm on or about June 2, 2024, per Yakima Police Department (YPD) incident report number 24Y017087, dated June 2, 2024, and supplemental report dated June 6, 2024.<br><br>On June 2, 2024, YPD Officer Kornegay was on patrol in the City/County of Yakima, Washington. At approximately 22:06 hours, he was dispatched to assist Sergeant Fowler with locating a suspect vehicle in a shots fired call that had just occurred in the 100 block of South Sixth Street. Call notes indicated the reporting party heard one gunshot and could hear screaming that "Someone shot Chad's dog!"<br><br>When the officer arrived in the area, Sergeant Fowler advised he had seen the suspect vehicle leaving the area. It was a dark colored sedan. The officer never saw the suspect vehicle and it was not located. When the officer arrived at the scene, he could see a male who was later identified as CP holding a black and white dog in his arms that was bleeding. |

Prob12C
**Re: Ibarra, Eduardo Angel**
**June 6, 2024**
**Page 2**

CP was very angry, and the officer saw other officers attempting to make contact with the residents at 115 South Naches Avenue, #9 because call comments stated, "Alex Ibarra shot the dog approx 18 YOM." Officers were aware of the Ibarra family and knew they lived at this address. Alex Ibarra (04/29/04) came to the door and CP immediately started getting confrontational with Alex. CP said something to the effect of "your brother shot my dog." Alex has a brother named Eduardo Ibarra ( DOB 02/21/03).

The officer then pulled CP aside and asked him to tell him what happened. CP became very uncooperative and walked away. The officer walked after CP asking him to tell him what happened and he continued to make statements to the effect of "use your video recordings" and "I don't need charges for what I'm going to do."  CP then left the area.

Officers located a pool of blood, a mangled projectile from a firearm and one 9mm casing in the 100 block of South Naches Avenue in the East alley where CP had all of his stuff.  The casing and projectile were photographed and collected as evidence. The rest of the scene was photographed and the photos were later uploaded to AXON Capture.

Officer N. Garcia advised the officer that he talked to a male who advised him he had heard, who he recognized to be Eduardo, in the alley, say something to the effect of "move your stuff or I am going to shoot your dog," then he heard a gunshot.  The male advised he never saw Eduardo but heard him.  When officer Garcia tried to ask the male more questions, he became uncooperative and left the area.

Sergeant Fowler took possession of the dog's body and transported it to YPD. The projectile and the casing were tagged into YPD evidence.  Due to a lack of cooperation of CP and other witnesses in the area, the officer was unable to positively identify Eduardo as the shooter.  The officer requested detectives follow up to help positively identify the suspect.

On June 5, 2024, YPD Detective Equihua was assigned this incident for follow up.  He learned that a dog was shot and killed by a suspect who goes by "Lalo."  He also learned the incident occurred in the alley behind 115 South Naches Avenue.  He learned that CP had led officers to the residence of the suspect the night of the incident, 115 South Naches Avenue #9.  In the detective's time on the gang unit, he knew Lalo to be Eduardo Ibarra.  He also knew Eduardo to live at 115 South Naches Avenue #9.  The officer has personally contacted Eduardo at 115 South Naches Avenue #9, as well as other members of the gang unit on separate occasions.

The owner of the deceased dog, CP, was currently housed in the Yakima City Jail. CP had not provided officers with a statement the night of the incident. Officers described CP as being very emotional over the death of his dog. The officer asked the jail staff if he could speak with CP. Jail staff advised him CP wished to speak with him and he walked CP over to a recorded interview room. As CP and the officer walked to the interview room, CP told him, "Lalo" killed his dog. He also told the officer "Lalo," was a bad guy. Once in the interview room, the officer advised CP that the room was being audio and video recorded. CP advised he understood.

As the officer started to speak with CP, he began to get emotional, appearing as if he was going to start crying. CP told the officer his dog meant a lot to him and was the reason he "was still here."  The officer asked CP to tell him what occurred the day his dog was killed. CP

Prob12C
Re: Ibarra, Eduardo Angel
June 6, 2024
Page 3

advised the officer of the following: he had some of his property in the alley, blocking a garage. A few hours prior to the shooting, Lalo told CP to move his belongings out of the way of the garage. CP mentioned that Lalo was waving a black semiautomatic handgun around. Lalo then left. A few hours later, Lalo returned and CP had not moved his belongings in the alley way, out of the way of the garage. Lalo again, with gun in hand, told CP to move his belongings or he was going to shoot his dog. CP stated Lalo pointed the hand gun at him (CP), long enough for Lalo to have shot him. CP believed that Lalo was going to kill him. Lalo then turned his gun toward CP's dog, and shot the dog. CP believed Lalo shot one time. CP further described the hand gun as possibly having an extended magazine.

CP asked Lalo to take him and the dog to a veterinarian. Lalo entered his vehicle which had been in the alleyway and fled the scene. CP explained his dog was on a leash, tied to property and could not have reached Lalo. CP also mentioned his dog was not known to be aggressive.

The officer asked CP to further describe Lalo to him. CP described Lalo as standing about 5'10" tall, heavier set, with long black or brown hair which fell past his shoulders. CP also mentioned Lalo usually wears his hair in a pony tail. The fact that CP began to speak to him about Lalo before the officer asked any questions led the officer to question CP how he knew Lalo. CP stated he is homeless but his usual area of residency is the area in which Lalo lives. CP stated he knows Lalo in passing and knows he lives in the brick corner apartment building which he described as being on the corner of South Naches Avenue and West Walnut Street. He knows Lalo has a younger brother who also lives with Lalo.

All of the information provided by CP, the officer knew to be accurate pertaining to Eduardo. The times the officer has contacted Eduardo, he's had long shoulder length hair. His hair is black in color. He also has a younger brother, Alexander U Ibarra (DOB 04/29/04). Also, as mentioned before, CP knew where Eduardo lived, which is the same location the officer knew him to live. Also, according to reports, the night of the incident, after CP had knocked on the door to Eduardo's apartment, Alexander had answered the door. CP did not identify Alexander as the shooter, showing he knows the difference between Alexander and Eduardo.

The officer asked CP if he would be willing to view a photo line up to which he agreed. The officer created a montage which included Eduardo. When creating the line up, the officer could not find other subjects with similar long hair. Due to this, the officer had Eduardo's photo altered to have shorter hair similar to the other five photos. The officer had detective Hinton show the montage to CP while the officer stepped away. A few minutes later, Detective Hinton told the officer that CP could not make an identification. Detective Hinton stated CP identified Eduardo's photo as being a possibility. Detective Hinton also mentioned CP had stated he was having a hard time due to none of the subjects having long hair, like "Lalo." A criminal history check showed Eduardo has two felony convictions, first degree burglary and second degree assault with a deadly weapon.

Although CP could not make an identification via montage, the officer believes he provided more than enough information to identify Eduardo. He believes the probable cause to arrest Eduardo for first degree unlawful possession of firearm, second degree assault (for pointing the firearm at CP) and first degree animal cruelty.

Prob12C
Re: Ibarra, Eduardo Angel
June 6, 2024
Page 4

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 6, 2024

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_Stanley A. Bastian_

Signature of Judicial Officer

6/6/2024

Date