A PROB 12C
(6/16)

Report Date:  April 16, 2025

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2025

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eduardo Angel Ibarra         Case Number: 0980 1:22CR02075-SAB-1

Address of Offender: ███████████████████ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 20, 2023

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), and 924(a)(2)

Original Sentence:       Prison - 366 days          Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Caitlin A. Baunsgard        Date Supervision Commenced:  June 22, 2023

Defense Attorney:        Philip I Brennan            Date Supervision Expires:  June 21, 2026

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on June 6, 2024.

On June 22, 2023, this officer met with Mr. Ibarra and reviewed the conditions of supervised release outlined in the offender's judgment and sentence. Mr. Ibarra signed and acknowledged an understanding of the conditions imposed.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**:  Mr. Ibarra is considered to be in violation of his supervised release conditions by being charged with felon in possession of ammunition per indictment in docket number 1:24CR02066-SAB-1, dated September 19, 2024.

On or about June 7, 2024, in the Eastern District of Washington, Mr. Ibarra, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding 1 year, did knowingly and intentionally possess in and affecting commerce, at least one round of ammunition, to wit: Hornady 9mm Luger+P and Ammon Inc. 9mm Luger, which had been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

Prob12C
**Re: Ibarra, Eduardo Angel**
**April 16, 2025**
**Page 2**

3      **Special Condition # 1**: You must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

**Supporting Evidence**:  Mr. Ibarra is considered to be in violation of his supervised release conditions by associating with B.W.A., a criminal street gang member known by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force, on or about May 24, 2024.

On May 24, 2024, at approximately 3 p.m., a special agent with ATF observed Mr. Ibarra in the city of Yakima associating with B.W.A., a member of the North Side Varrio Norteno criminal street gang, known to the AFT Task Force.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     April 16, 2025

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[  ] No Action
[  ] The Issuance of a Warrant
[  ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[  ] Other

Signature of Judicial Officer

4/16/2025

Date